THE INHABITANTS OF BELMONT *vs.* THE INHABITANTS OF PITTSTON.

The town in which a pauper has his settlement, is not liable to an action by the town relieving him, until the expiration of two months after notice given pursuant to *Stat.* 1821, *ch.* 122.

IN this case, which came before the Court upon a statement of facts agreed by the parties, the only question was whether the town in which a pauper had his settlement, was liable to an action

at the suit of the town relieving him, until the expiration of two months after notice given pursuant to *Stat.* 1821, *ch.* 122.

This question was briefly spoken to at this term by *Wilson* for the plaintiffs, and *Allen* and *J. Williamson* for the defendants; and the opinion of the Court was delivered at the ensuing *August* term in *Oxford*, by

WESTON J. By the eleventh section of the act for the relief and support of the poor, *Stat.* 1821, *ch.* 122, it is made the duty of the overseers, in their respective towns, to provide for the immediate support of persons found therein, standing in need of relief ; the expenses whereof, incurred within three months next before notice given to the towns where they have their settlement, may be recovered in a civil action against such towns. Notice is thus required to be given, prior to the commencement of an action ; and proof of such notice has been uniformly requir- ed, in the trial of all actions of this description. By the seven- teenth section, the period of two months, after notice given, is allowed to the town notified, to make inquiry as to the facts ; to pay for the expenses incurred, and to remove the pauper ; or to decline doing either. And if no answer is given by the town noti- fied, within the two months limited, the town notified is estopped to deny the settlement of the pauper in their town. The period of two months in the case of a corporation, appears to be a rea- sonable time ; affording an opportunity for the overseers of the poor to take the sense of the inhabitants in town meeting, if they think proper, as to the course which it may be deemed expedient for them to pursue.

Although it is not provided in the eleventh section, that a notice of two months shall be given, prior to the commencement of the action ; yet as that is the period limited in the seventeenth sec- tion ; and as that period appears manifestly allowed to the town notified to make inquiry, we are satisfied, upon a full considera- tion of the whole statute, that an action, brought before the lapse of two months, is premature.

According to the agreement of the parties, the plaintiffs are to become nonsuit ; and the defendants are to be allowed their costs.